```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x

UNITED STATES OF AMERICA          :     ORDER

        - v -                     :     23 Cr. 52 (RA)

FRANCIS SHANE,                    :

              Defendant.          :

-----------------------------------x
```

Upon the application of FRANCIS SHANE, by his attorney Zawadi Baharanyi, Esq., Federal Defenders of New York, it is hereby

**ORDERED** that the Metropolitan Detention Center ("MDC") will provide Mr. Shane, Register Number 40572-510, with mental health treatment while he is detained at the MDC for his diagnosed conditions of bipolar disorder, anxiety, and depression;

**ORDERED** that the aforesaid treatment shall include counseling and appropriate medications, in addition to any other mental health services and resources recommended by the medical staff of the MDC.

Dated:  New York, New York          **SO ORDERED:**
        May 15, 2023

                                    _____
                                    HONORABLE RONNIE ABRAMS
                                    United States District Judge