# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 13, 2023

**BY ECF**

The Honorable Judge Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**RE:  United States v. Francis Shane**
     **23 Cr. 52 (RA)**

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
July 14, 2023

Honorable Judge Abrams:

We write to respectfully request that the Court excuse Mr. Francis Shane from appearing at the July 19 status conference. Currently, the parties are scheduled for a status conference on July 19 at 2:30 PM. The conference was originally scheduled for July 7 but rescheduled due to a Court conflict. As the Court is aware, neither undersigned counsel is available to appear on July 19 but the federal defender on duty will stand in and be prepared to answer questions regarding the scheduling of motions and a trial date. Mr. Shane is aware that his attorneys will not be present, and he wishes to be excused from the conference. He understands that the purpose of the status conference is scheduling, and he consents to having the schedule set in his absence.

Respectfully submitted,

/s/ Zawadi Baharanyi
Zawadi S. Baharanyi
Amanda J. Mayo
Assistant Federal Defender
Tel:   (212) 417-8735

cc:    Katherine Cheng, Assistant U.S. Attorney